# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————————

No. 04-3969

—————————

United States of America,

        Appellee,

v.

Lorenzo Montejano-Quintanar,

        Appellant.

\* \* \* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the Southern
District of Iowa.

[UNPUBLISHED]

—————————

Submitted: September 12, 2005
Filed: December 2, 2005

—————————

Before ARNOLD, HANSEN, and GRUENDER, Circuit Judges.

—————————

PER CURIAM.

A jury convicted Lorenzo Montejano-Quintanar of one count of conspiracy to distribute methamphetamine and marijuana and two counts each of distribution of methamphetamine and marijuana, including the distribution of more than 50 grams of methamphetamine. The district court[1] sentenced him to the statutory mandatory

—————————

[1]The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.

minimum of 20 years' imprisonment based on the jury's drug-quantity finding and his prior felony conviction. *See* 21 U.S.C. § 841(b)(1)(A). Montejano-Quintanar appeals his conviction and sentence, raising a host of arguments. We have carefully reviewed the record and find Montejano-Quintanar's claims of error to be wholly without merit. Therefore, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

_____